# EXHIBIT "A"



# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.DiscountOpportunity.com
Monday - Friday 8:30AM-9:00PM ET

CALL CENTER (617) 581-1080

Date: 02/13/21
File Number: 09 0231 99410
Pin Number: 00162
Account Number Ending In: 1409

NEREIDA CINTRON
## AFTON LN
SAINT JOHNS FL ##### -409

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| PNC BANK | $351.31 |

### DISCOUNT OPPORTUNITY

Thank you for your attention at this time. This is an opportunity to resolve your past due account at a discount. Please respond to this notice.

Please visit our self-service website @ www.DiscountOpportunity.com or contact our call center to discuss suitable payment terms with a Customer Service Agent. Let's work together to resolve this matter. Thank you.

Once the discounted amount has been posted by this office, your account will be closed and returned to your creditor as settled-in-full. We are required to make the following statement: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

 **SELF-SERVICE WEBSITE:** You can upload correspondence, request telephone calls to stop, pay by check, debit card, arrange a payment plan, and more at our secure website: www.DiscountOpportunity.com.

 **CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1080.

 **MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: PNC BANK.

 **MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P O Box 96, Norwood, MA 02062-0096 or fax to: (617) 762-3044. You can include a copy of this notice to avoid processing delays.

---

| File Number: 09 0231 99410 | AMOUNT OF THE DEBT: |
| Pin Number: 00162 | $351.31 |
| NEREIDA CINTRON | |

Important: Do not remit payment on balance transfer check(s). Do not mail post-dated checks. You can call (617) 581-1080 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.



We offer the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at:
www.DiscountOpportunity.com

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

9970040800231994100003513 1